

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00615-CR

Harry Lewis **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7403
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 3, 2018.

_____
Patricia O. Alvarez, Justice